

**U.S. Department of Justice**

United States Attorney's Office
Southern District of Texas

---

*1000 Louisiana Street, Suite 2300*　　*Telephone: (713) 567-9102*

*Houston, Texas 77002*　　*Fax: (713) 718-3302*

May 23, 2024

The Hon. Lyle W. Cayce, Clerk
United States Court of Appeals
for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

　　Re:　*United States v. Keller,* No. 23-40338

Dear Mr. Cayce:

　　The United States refers this Court to the opinion issued in *United States v. Martinez*, __ F.4th __ , No. 23-40366 (5th Cir. May 17, 2024). In *Martinez*, this Court affirmed the denial of a motion to suppress evidence obtained after a service canine alerted at a Customs and Border Patrol checkpoint. The *Martinez* decision involves the same Fourth Amendment analysis and raises similar issues as those involved in the instant appeal.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/*Lauretta Drake Bahry*
　　　　　　　　　　LAURETTA DRAKE BAHRY
　　　　　　　　　　Assistant United States Attorney

cc:　Kathryn Shephard, Assistant Federal Public Defender, via CM/ECF