

**U.S. Department of Justice**

United States Attorney's Office

Southern District of Texas

---

*1000 Louisiana Street, Suite 2300*  *Telephone: (713) 567-9102*

*Houston, Texas 77002*  *Fax: (713) 718-3302*

October 28, 2024

The Hon. Lyle W. Cayce, Clerk
United States Court of Appeals
for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:    *United States v. Keller,* No. 23-40338, calendared for oral argument on November 6, 2024 – second Fed. R. App. P. 28(j) material.

Dear Mr. Cayce:

    The United States refers this Court to the following decisions that issued after the filing of the United States' brief.

    ● *United States v. Plancarte*, 105 F.4th 996, 1000-01 (7th Cir. 2024). The Seventh Circuit affirmed the district court decision cited in the Appellee's brief at p. 34. and rejected the argument that the state legalization of marijuana changed the Fourth Amendment landscape for dog sniffs.

    ● *United States v. Wilson*, No. 22-20100, 2024 WL 3634199 at * 2 n.1 (5th Cir. 2024) (unpublished). In the absence of any evidence to establish that the officer directed the dog to jump through the defendant's car window, the panel rejected that the dog's instinctive action was a Fourth Amendment search.

- *State v. Bauler,* 8 N.W.3d 892, 897-907 (Idaho 2024). The Iowa Supreme Court rejected the conclusion of the Idaho Supreme Court in *State v. Dorff*, 526 P.3d 988 (2023) that a dog's instinctive action violated the Fourth Amendment under a trespass theory. The *Wilson* and *Bauler* decisions are relevant to the trespass argument at pp. 45-47 of the Appellee's brief.

- *United States v. Collier*, __ F.4th __ , No. 23-3255, 2024 WL 4097352 at * (8th Cir. 2024) quoting *United States v. Clayton*, 374 F. App'x 497, 502 (5th Cir. 2010) (unpublished), which is cited at and relevant to pp. 54-55 of the Appellee's brief. Relying upon *Clayton*, the Eighth Circuit recognized that the reliability of the dog's alert is the proper probable cause inquiry, not the distinct way it alerts.

        Respectfully submitted,

        s/*Lauretta Drake Bahry*
        LAURETTA DRAKE BAHRY
        Assistant United States Attorney

cc: Assistant Federal Public Defender Kathryn Shepard